No. 02–249.  PEABODY COAL CO. *v.* GROVES ET AL., 537 U. S. 1147.  Petition for rehearing denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–670.  HAUGHTON ET UX. *v.* WAL-MART STORES, INC., 537 U. S. 1147; and

No. 02–822.  BOYCE ET UX. *v.* UNITED STATES, 537 U. S. 1147. Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.

## MARCH 12, 2003

No. 02A724 (02–8286).  BANKS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

## MARCH 13, 2003

No. 02–1027.  DCH HEALTHCARE AUTHORITY ET AL. *v.* MANGI-ERI.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.1.

No. 02–9512 (02A766).  THOMPSON *v.* ALABAMA.  Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.